In the matter of OSCAR NEBEL COMPANY, Inc., Debtor.

Meta NEBEL, Appellant v. Paul FREEMAN, Trustee of Debtor.

No. 7394.

Circuit Court of Appeals, Third Circuit.

July 8, 1940.

Harry Felix, Felix & Felix and Walter G. Dugger, all of Philadelphia, Pa., for appellant.

Henry Arronson and Harry A. Rutenberg, both of Philadelphia, Pa., for trustee.

Chester T. Lane, Gen. Counsel, Securities and Exchange Commission, Edmund Burke, Jr., and J. Anthony Panuch, all of Washington, D. C. (Morton Liftin, of Washington, D. C., of counsel), for Securities and Exchange Commission.

Oscar Brown, of Philadelphia, Pa., for Preferred Stockholders' Committee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the District Court of March 7, 1940, is affirmed.